BENJAMIN B. WAGNER
United States Attorney
STANELY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-00131-LJO-SKO |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| JOSE JERONIMO-JIMENEZ, ) | |
| aka Chaparro, ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between United States of America and defendant Jose Jeronimo-Jimenez aka Chaparro, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Jose Jeronimo-Jimenez aka Chaparro's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.  Property seized from 3650 South Cherry Avenue, Fresno, CA on April 24, 2012:

       i.    39,769 audio CDs,
       ii.   32,374 movie DVDs,
       iii.  Asus Laptop Computer Model W7S,
       iv.   2 Media Players,
       v.    4 Ledgers,

    vi. Misc. documents,
    vii. 4200 blank DVD media,
    viii. 6000 CD sleeves,
    ix. 5000 Plastic seal bags,
    x. 7 CD and DVD disc replicators,
    xi. Indicia of counterfeiting copyrighted works;

 b. Property seized from defendants on April 24, 2012:

    i. HTC cell phone and $880 in US currency seized from the possession of Jose Jeronimo-Jimenez at US-41 and North Ave in Fresno, CA on April 24, 2012;
    ii. LG cell phone and $1186 in US currency seized from the possession of Alberto Campos-Limon at US-41 and North Ave in Fresno, CA on April 24, 2012;

 c. Property seized during a traffic stop:

    i. 180 audio CDs and 16 DVD movies seized from OLEA-Alvarado, Federico at North Ave and Cedar Ave in Fresno, CA on April 24, 2012;

 d. 300 DVD movies and 1 audio CD seized from 3650 S. Cherry Ave, Fresno, CA on February 28, 2012;

 e. 410 DVD movies seized from 3650 S. Cherry Ave, Fresno, CA on March 1, 2012;

 f. Property seized from the possession of Jose Jeronimo-Jimenez aka Chaparro, Alberto Campos-Limon and Fredrico Olea-Alvarado on April 24, 2012;

 g. All contraband items seized from the vehicles of Jose Jeronimo-Jimenez aka Chaparro, Alberto Campos-Limon, and Fredrico Olea-Alvarado on April 24, 2012; and

 h. A personal forfeiture money judgment in the amount of $324,063.74.

2. The above-listed assets constitute property, real or personal, which constitutes or is derived from proceeds traceable to a violation or a conspiracy to commit a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection

1 | in its secure custody and control.

2 |     4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
3 | § 853(n), and Local Rule 171, the United States shall publish notice
4 | of the order of forfeiture.  Notice of this Order and notice of the
5 | Attorney General's (or a designee's) intent to dispose of the
6 | property in such manner as the Attorney General may direct shall be
7 | posted for at least 30 consecutive days on the official internet
8 | government forfeiture site www.forfeiture.gov.  The United States may
9 | also, to the extent practicable, provide direct written notice to any
10 | person known to have alleged an interest in the property that is the
11 | subject of the order of forfeiture as a substitute for published
12 | notice as to those persons so notified.

13 |        b. This notice shall state that any person, other than the
14 | defendant, asserting a legal interest in the above-listed property,
15 | must file a petition with the Court within sixty (60) days from the
16 | first day of publication of the Notice of Forfeiture posted on the
17 | official government forfeiture site, or within thirty (30) days from
18 | receipt of direct written notice, whichever is earlier.

19 |     5.   If a petition is timely filed, upon adjudication of all
20 | third-party interests, if any, this Court will enter a Final Order of
21 | Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §
22 | 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **September 14, 2012**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE